**Tony RICE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 1218–89.**

Court of Criminal Appeals of Texas, En Banc.

Nov. 22, 1989.

---

On appellant's petition for discretionary review: petition granted and cause remanded to the Court of Appeals.